

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00847-CV

Wilbur Cornell **ODOM**,
Appellant

v.

Patricia **VAZQUEZ**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI26113
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant. Appellee's motion to dismiss the case is denied as MOOT.

SIGNED May 24, 2023.

_____
Beth Watkins, Justice